UNITED STATES DISTRICT COURT
----------DISTRICT OF CONNECTICUT----------

PAUL FILIPPELLI,

    Plaintiff,

-against-

THE TERRACE CLUB,

    Defendant,

CIVIL ACTION
NO. 3:02 1906 (PCD)

FILED
Nov 7  2 12 PM '03
U.S. DISTRICT COURT
NEW HAVEN CONN.

## MOTION FOR ENLARGEMENT OF TIME
## OF CASE MANAGEMENT PLAN IN FORM 26(f)

The Plaintiff, PAUL FILIPPELLI, requests pursuant to D.Conn. L.Civ R9(b), that the times stated in Form 26(f), Section V, Case Management Plan dated February 28, 2003, be extended as follows: An extension of time is required as the Plaintiff is undergoing additional surgery and subsequent treatment related to the occurrence herein and the parties will be unable to exchange expert reports and complete discovery within the schedule set forth in the Case Managment Plan..

V.     **AMENDED CASE MANAGEMENT PLAN**

E.     2.     All discovery, which has already been commenced, including depositions of expert witness shall be complete by March 31, 2004.

    5.     The parties have partially completed the deposition of Plaintiff Paul Filippelli. A continuation of Mr. Filippelli's deposition will be scheduled upon completion of his surgery and after a final evaluation has been conducted. The deposition of Christopher Donahue, permittee of The Terrace Club, was completed. It is anticipated that the Plaintiff will require additional depositions of Defendant's

employees/fact witnesses and that the Defendant will require additional depositions of fact witnesses and Defendant's employees, and Defendant's previous employer(s). The depositions will be completed by January 31, 2004.

7. Plaintiff intends to call expert witnesses and has provided some but not all of the expert reports. All reports will be disclosed by **January 31, 2004.** Depositions of the Plaintiff's expert witnesses will be completed by March 31, 2004, provided all medical reports have been disclosed including a final evaluation and assessment of Plaintiff's injuries.

8. Defendant intends to retain expert witnesses to review medical records and conduct a medical examination of Plaintiff and will provide expert reports by February 28, 2004 provided Plaintiff's treatment has been completed and all medical reports have been disclosed. Deposition of Defendant's expert witnesses will be completed by March 31, 2004.

F. Dispositive motions will be filed on or before April 28, 2004.

The parties have agreed to said enlargement of time and ask the Court to extend the relevant deadlines as set forth above.

Respectfully submitted,

The Defendant,
THE TERRACE CLUB

By:_____
Lori A. Eaton, Esq.
Lustig & Brown, LLP
1150 Summer Street
Stamford, Ct. 06905
203-997-7840
203-997-8649(fax)

The Plaintiff,
PAUL FILIPPELLI,

By:_____
JOHN S. KOMMER, ESQ.
Federal Bar # JK8570
Marcus, Ollman & Kommer
72 East Main Street
New Rochelle, New York 10801
914-633-7400
914-633-7445 (fax)