UNITED STATES DISTRICT COURT
------DISTRICT OF CONNECTICUT------

PAUL FILIPPELLI,

    Plaintiff,

-against-

THE TERRACE CLUB,

    Defendant,

CIVIL ACTION
NO. 3:02 1906 (PCD)

FILED Nov 7  2 12 PM '03
U.S. DISTRICT COURT
NEW HAVEN CONN.

FILED Nov 17 2[..] PM
U.S. DISTRICT [COURT]
NEW HAVEN [CONN.]

**MOTION FOR ENLARGEMENT OF TIME
OF CASE MANAGEMENT PLAN IN FORM 26(f)**

The Plaintiff, PAUL FILIPPELLI, requests pursuant to D.Conn. L.Civ R9(b), that the times stated in Form 26(f), Section V, Case Management Plan dated February 28, 2003, be extended as follows: An extension of time is required as the Plaintiff is undergoing additional surgery and subsequent treatment related to the occurrence herein and the parties will be unable to exchange expert reports and complete discovery within the schedule set forth in the Case Managment Plan..

V.     AMENDED CASE MANAGEMENT PLAN

E.    2.     All discovery, which has already been commenced, including depositions of expert witness shall be complete by March 31, 2004.

5.     The parties have partially completed the deposition of Plaintiff Paul Filippelli. A continuation of Mr. Filippelli's deposition will be scheduled upon completion of his surgery and after a final evaluation has been conducted. The deposition of Christopher Donahue, permittee of The Terrace Club, was completed. It is anticipated that the Plaintiff will require additional depositions of Defendant's

[Handwritten margin notes: "November 14, 2003. Denied as moot. The issue was closed by stipulation filed in re 2/28/03."]