UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 19  4 45 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Paul FILIPPELLI,
    Plaintiff,

v.

THE TERRACE CLUB,
    Defendant.

: Civ. No. 3:02cv1906 (PCD)

## RULING

On November 14, 2003, this Court denied Plaintiff's motion for enlargement of time [Doc. No. 13] based on the docket's indication that the case had been closed on March 28, 2003 [*See* docket entry on March 28, 2003]. It has come to light that the case was mistakenly closed by the clerk, and accordingly the endorsement denying Plaintiff's motion [Doc. No. 13] is hereby **vacated**. Plaintiff's motion for enlargement of time [Doc. No. 12] is **granted** in part and **denied** in part as set forth below.

It is hereby ORDERED that all discovery, including depositions of expert witnesses, shall be completed by February 20, 2004.

It is further ORDERED that all depositions of Defendant's employees, fact witnesses, and previous employer(s) shall be completed by December 31, 2003.

It is further ORDERED that all expert witness reports by Plaintiff shall be disclosed by December 31, 2003, and that depositions of Plaintiff's experts shall be completed by January 21, 2004.

It is further ORDERED that all expert witness reports by Defendant shall be disclosed by January 30, 2004, and that depositions of Defendant's experts shall be

1

completed by February 20, 2004.

Dispositive motions shall be filed on or before March 19, 2004.

SO ORDERED.

Dated at New Haven, Connecticut, November 19, 2003.

Peter C. Dorsey
Senior United States District Judge

2