UNITED STATES DISTRICT COURT
-------------------------------DISTRICT OF CONNECTICUT-------------------

FILED
FEB 4  12:55 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

---

PAUL FILLIPELLI,

                              Plaintiff,

vs.

THE TERRACE CLUB

                              Defendant.

CIVIL ACTION
NO. 3:02CV1906 (PCD)

## MOTION FOR ENLARGEMENT OF TIME
## OF CASE MANAGEMENT PLAN

**PROPOSED AMENDMENTS TO CASE MANAGEMENT PLAN**

1.    All discovery, which has already been commenced, including depositions of expert witness shall be complete by **March 15, 2004.** By order of the court (Dorsey, J., 11/19/03), discovery was to have been completed on or before December 31, 2003.

The parties have completed the deposition of plaintiff, defendants and fact witnesses disclosed by the plaintiffs. The plaintiff disclosed an additional statement of witness Donna Coppa on or about January 14, 2004. In addition, the plaintiff seeks disclosure of information with regard to additional fact witnesses including other personnel employed by the defendant and the officer on duty at the time of the alleged incident. Additional time is necessary to locate, investigate and depose the additional witnesses.

An independent medical examination of the plaintiff was conducted on January 20, 2004. The orthopedic physician, Avi Weiner, MD has requested a copy of the plaintiff's x-ray

Feb 02 04 12:46p    MARCUS OLLMAN and KOMMER    914 6337445    p.3
Case 3:02-cv-00406-PCD    Document 15    Filed 02/04/2004    Page 2 of 2
12039778649;    JAN-30-04 4:27PM;    PAGE 3/3

An independent medical examination of the plaintiff was conducted on January 20, 2004. The orthopedic physician, Avi Weiner, MD has requested a copy of the plaintiff's x-ray films for further evaluation of the plaintiff's injuries and plaintiff's counsel has agreed to provide an authorization for same.

The parties have agreed to said enlargement of time and ask the Court to extend the relevant deadlines as set forth above.

Dated: January 30, 2004
Stamford, CT

Respectfully submitted,

The Defendant,
THE TERRACE CLUB

By: _____
Lori A. Eaton, Esq.
Lustig & Brown, LLP
1150 Summer Street
Stamford, CT 06905
Tele: 203/977-7840

Respectfully submitted,

The Plaintiff,
PAUL FILIPPELLI

By: _____
John S. Kommer, Esq.
Federal Bar #JK8570
Marcus, Ollman & Kommer
72 East Main Street
New Rochelle, NY 10801
Tele: 914/633-7400

-2-