UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL FILLIPELLI | : | |
| | : | |
| -vs- | : | Civil No. 3:02 cv 1906 (PCD) |
| | : | |
| THE TERRACE CLUB | : | |

## ENDORSEMENT ORDER

The parties' motion for extension of time (Doc. #15) is hereby GRANTED.

Discovery shall be completed on or before March 15, 2004; and Dispositive Motions shall be filed on or before April 15, 2004, compliant with the Court's Supplemental Order.

SO ORDERED.

Dated at New Haven, Connecticut, February 12, 2004.

/s/ Peter C. Dorsey
Peter C. Dorsey, Senior
United States District Judge