*ex Hinre*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

*FILED*
*12 32 PM '04*

U.S. DISTRICT COURT
NEW HAVEN, CONN.

PAUL FILLIPELLI,

                 Plaintiff,

vs.

THE TERRACE CLUB

                 Defendant.

**CIVIL ACTION**
**NO. 3:02CV1906 (PCD)**

## REQUEST FOR EXTENSION OF TIME AND STATUS CONFERENCE

The court previously ordered the parties to complete all discovery including depositions of experts on or before March 15, 2004. Despite diligent efforts, the parties have been unable to complete discovery on the basis that: 1) the plaintiff may require additional medical treatment as disclosed by plaintiff's counsel on March 8, 1004; 2) additional information with regard to fact witnesses was recently obtained and additional time is necessary to serve subpoenas and complete depositions; and 3) plaintiffs have provided authorizations to obtain x-ray films and MRIs, but the defendants have not received same for review by defendant's expert; and 4) based on outstanding medical records and continuing treatment, the parties have not completed expert disclosures and depositions of the experts.

Due to the uncertainty of plaintiff's medical condition and future treatment, the parties respectfully request this matter be set down for a status conference to address outstanding discovery and enter revised scheduling orders. In the interim, the undersigned respectfully requests entry of

a sixty (60) day extension of time up to and including **May 15, 2004** in which to work toward completing all discovery, expert disclosures and depositions.

Dated: March 10, 2004
       Stamford, CT

Respectfully submitted,

| The Defendant, | The Plaintiff, |
|---|---|
| THE TERRACE CLUB | PAUL FILIPPELLI |

By: _____          By: _____

Lori A. Eaton, Esq.(CT 22414)          John S. Kommer, Esq.
Darren P. Renner, Esq. (CT 15901)      Federal Bar # JK8570
Lustig & Brown, LLP                    Marcus, Ollman & Kommer
1150 Summer Street                     72 East Main Street
Stamford, CT 06905                     New Rochelle, NY 10801
Tele: 203/977-7840                     Tele: 914/633-7400

-2-