# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL FILLIPELLI | : |
| | : |
| VS. | :  CASE NO. 3:02CV1906 (PCD) |
| | : |
| THE TERRACE CLUB | : |

## ENDORSEMENT ORDER

The Request for Extension of Time and Status Conference, document no. 17, is GRANTED. Discovery is to be completed by May 14, 2004; dispositive motions are to be filed, compliant with this Court's Supplemental Order, on or before June 14, 2004. The deadline for discovery can be revisited in the conference with PJO Iannotti, which is scheduled for Wednesday, April 21, 2004, at 11:00 a.m.

SO ORDERED. Dated at New Haven, Connecticut, this 2nd day of April, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court