UNITED STATES DISTRICT COURT
----------------------------------DISTRICT OF CONNECTICUT----------------------------------

| | |
|---|---|
| PAUL FILIPPELLI, | CIVIL ACTION |
| Plaintiff, | NO. 3:02 1906 (PCD) |
| -against- | |
| THE TERRACE CLUB, | |
| Defendant, | |

### REQUEST FOR STATUS CONFERENCE AND FOR ENLARGEMENT OF TIME TO COMPLY WITH THE TRIAL PREPARATION ORDER DATED SEPTEMBER 8, 2004

The Plaintiff, PAUL FILIPPELLI, requests pursuant to D.Conn. L.Civ R9(b), that the times stated in Trial Preparation Order dated September 8, 2004, be extended as follows:  An extension of time is required as even though the parties have completed extensive depositions of the Plaintiff and fact witnesses (both party and non-party), document discovery, viewing and photographing the accident situs and the exchange of some but not all of the Expert Disclosure notices, service of Plaintiff's Expert Disclosure and reports by a Vocational Rehabilitation expert and Economist has been delayed as the Plaintiff has continued to receive medical treatment and his physicians were not able to determine the full extent of his future disability.  Plaintiff served Notices on September 22, 2004 designating the Vocational Rehabilitation and Economist to testify at trial but no reports are yet available.  The Defendant has designated a safety expert but no report is available at present.  In addition, Plaintiff's counsel has served the employment authorizations requested by the Defendant, but service of the authorizations on Defendant's counsel was delayed as the Plaintiff was unable to secure current addresses for several of his former employers.

By Order of the Hon. Peter C. Dorsey dated April 2, 2004, a Request for Extension of Time and Status Conference was granted and the Court noted that the deadline for discovery can be revisited at the conference with PJO Iannotti. At the Status Conference conducted before PJO Iannotti on June 16, 2004, the parties were directed to complete depositions, exchange additional medical reports and to view and photograph the accident situs. All of this discovery has been completed. Both counsel were to further exchange expert reports including Plaintiff's Vocational Rehabilitation expert and Economist and Defendant's Safety expert. The exchange of these reports is not complete. PJO Iannotti further indicated at the conference that another Status Conference would be scheduled after Labor Day to determine the status of compliance and the amount of time required to complete discovery including the exchange of the expert reports.

Based upon the foregoing, the parties will be unable to complete Sections A, B and C as set forth in the Trial Preparation Order dated September 8, 2004 and counsel hereby request that a Status Conference be scheduled for the purpose of setting a schedule for the completion of discovery and that the time for compliance with the aforesaid Trial "Preparation Order be extended as noted below.

**SECTION A: Proposed enlargement September 27, 2004 to November 27, 2004**

The parties request an extension of time sufficient to permit a Status Conference to set dates to complete discovery and to comply with SECTION A as the reports of Defendant's security expert and Plaintiff's Vocational Rehabilitation expert and Economist are not yet completed, which reports pertain to the issues of liability and Plaintiff's claim for future lost earnings. In addition the Defendant must have sufficient time to retain and consult with a Vocational Rehabilitation expert.

**SECTION B: Proposed enlargement October 6, 2004 to December 6, 2004**

The Defendant requests an extension of time sufficient to permit a Status Conference to set dates to complete discovery and to comply with SECTION B as the Defendant has not received the reports of Plaintiff's Vocation Rehabilitation expert and Economist and responses to employment information authorizations. In addition, the Defendant will require time to designate and retain additional experts subject to the reports noted above.

**SECTION C: Proposed enlargement October 15, 2004 to December 15, 2004**

Counsel for both parties request an extension of time sufficient to permit a Status Conference to set dates to complete discovery and to comply with SECTION C, as they are unable to determine the time required for trial or what additional proceedings, if any, are required before trial, until exchange of all expert reports is completed. Once the expert reports are received the parties can further evaluate the possibility of settlement.

The parties have agreed to said enlargement of time and ask the Court to extend the relevant deadlines as set forth above and that a further Status Conference be granted.

Respectfully submitted,

The Defendant,
THE TERRACE CLUB

By: _____
LORI A. EATON, ESQ.
Lustig & Brown, LLP
1177 Summer Street
Stamford, Ct. 06905
203-997-7840
203-997-8649(fax)

The Plaintiff,
PAUL FILIPPELLI,

By: _____
JOHN S. KOMMER, ESQ.
Federal Bar# JK8570 CT 24 553
Marcus, Ollman & Kommer
72 East Main Street
New Rochelle, New York 10801
914-633-7400
914-633-7445 (fax)

3