## UNITED STATES DISTRICT COURT
--------------------------------DISTRICT OF CONNECTICUT--------------------------------

-------------------------------------------------------:
| | | |
|---|---|---|
| **PAUL FILIPPELLI,** | : | **CIVIL ACTION** |
| | : | **NO. 3:02 1906 (PCD)** |
| **Plaintiff,** | : | |
| | : | |
| **-against-** | : | |
| | : | |
| **THE TERRACE CLUB,** | : | |
| | : | |
| **Defendant,** | : | |

-------------------------------------------------------:

### REQUEST FOR ENLARGEMENT OF TIME TO COMPLY WITH THE RULING DATED OCTOBER 5, 2004 AND THE JURY SELECTION NOTICE HEREIN

The Plaintiff, PAUL FILIPPELLI, requests pursuant to D.Conn. L.Civ R9(b), that the times set forth in the Ruling of the Hon. Peter C. Dorsey be extended and that jury selection in the trial of this action be further adjourned until completion of Discovery as follows: An extension of time of completion of Discovery and Trial is required as even though the parties have completed extensive Discovery, various reports of the experts retained by the parties have not yet been exchanged nor have the experts been deposed. The Plaintiff has previously served Notice of his intent to call various experts including a Vocational Rehabilitation expert and an Economist.  The report of the Dr. Richard Schuster (Vocational Rehabilitation) has been recently served upon Defendant's counsel but the report of Plaintiff's Economist is not yet available.  Likewise, the Defendant has served Notice of a Safety Expert but the

report has not yet been served upon Plaintiff's counsel.  In order for this action to be trial ready the parties require additional time in which to exchange reports of the experts and to conduct depositions if the action is not otherwise resolved.

On October 20, 2004 a conference was conducted before Lawrence W. Iannotti PJO at which discovery issues were discussed. The parties were directed to comply with a specific discovery schedule including the designation and exchange of expert reports to be completed on or before December 15, 2004 and the court further directed that a conference is to take place on January 1, 2005. In the event that the parties are unable to reach a resolution at or before the conference, depositions of the experts were to be completed without delay so as to make the case trial ready.  The Defendant further reserved its rights to a second orthopaedic exam of the Plaintiff and to designate an expert with respect to those benefits available to the Plaintiff under Social Security.

Based upon the foregoing; the parties will be unable to complete discovery, Sections A, B and C as set forth in the Order of the Hon. Peter C. Dorsey dated October 5, 2004 or be prepared to select a jury and schedule a trial on November 8, 2004.  It is respectfully requested that this court grant an extension of time in accordance with the schedule designated by Lawrence W. Iannotti, PJO at the conference conducted on October 20, 2004. The parties have agreed to said Enlargement of Time and ask the Court to extend the relevant deadlines and jury selection set forth above and that a further Status/Settlement Conference

be granted on January 12, 2005.

Dated: New Rochelle, New York
       October 28, 2004

                                        Respectfully submitted,

The Defendant,                          The Plaintiff,
THE TERRACE CLUB                        PAUL FILIPPELLI,

By:_____                By:_____
    LORI A. EATON, ESQ.                     JOHN S. KOMMER, ESQ.
    Lustig & Brown, LLP                     Federal Bar# CT 24553
    1177 Summer Street                      Marcus, Ollman & Kommer
    Stamford, Ct. 06905                     72 East Main Street
    203-997-7840                            New Rochelle, New York 10801
    203-997-8649(fax)                       914-633-7400
                                            914-633-7445 (fax)


**CERTIFICATE OF SERVICE**

        Pursuant to D. Conn.L.Civ.R.7(e), this is to certify that a copy of the foregoing was

mailed on the above date to the following:



Lori A. Eaton, Esq.
Lustig & Brown, LLP
Attorneys for Defendant
1177 Summer Street
Stamford, Connecticut 06905


                                        _____
                                             John S. Kommer, Esq.

**ADDITIONAL CERTIFICATE OF SERVICE**

        Pursuant to D. Conn.L.Civ.R.7(e), this is to certify that a copy of the foregoing

was

mailed on November 9, 2004 to the following:


Lori A. Eaton, Esq.
Lustig & Brown, LLP
Attorneys for Defendant
1177 Summer Street
Stamford, Connecticut 06905

_____
John S. Kommer, Esq.

4