UNITED STATES DISTRICT COURT
----------DISTRICT OF CONNECTICUT----------

FILED
2005 FEB -3 P 1: 03
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| PAUL FILLIPELLI,<br><br>                    Plaintiff,<br>vs.<br><br>THE TERRACE CLUB<br><br>                    Defendant. | CIVIL ACTION<br>NO. 3:02CV1906 (PCD) |

## JOINT REQUEST FOR EXTENSION OF TIME

The plaintiff, Paul Fillippelli and the defendant, The Terrace Club, through counsel, hereby request an extension of sixty (60) days for assignment of this matter to the trial calendar. A pretrial conference was held on January 26, 2005 in which the parties made significant progress toward settlement and additional time is necessary to pursue settlement negotiations. In addition, the parties have entered into an agreement for scheduling the depositions of plaintiff's and defendant's expert before commencement of trial assuming negotiation efforts fail prior to trial. In addition, it was agreed between the parties at the pretrial conference that the plaintiff, Paul Fillippelli would present for an updated medical examination based on his continuing course of treatment for injuries allegedly related to the incident giving rise to this action.

Based on the foregoing, the parties respectfully request entry of an order reassigning this matter to the trial assignment calendar in April 2005.

Respectfully submitted,

The Plaintiff,
PAUL FILIPPELLI

By: _____
John S. Kommer, Esq.
Federal Bar # JK8570
Marcus, Ollman & Kommer
72 East Main Street
New Rochelle, NY 10801
Tele: 914/633-7400

Respectfully submitted,

The Defendant,
THE TERRACE CLUB

By: _____
Lori A. Eaton, Esq. (CT 22414)
Darren P. Renner, Esq. (CT 15901)
Lustig & Brown, LLP
1150 Summer Street
Stamford, CT 06905
Tele: 203/977-7840

Dated January 27, 2005
At Stamford, Connecticut

-2-