FILED

2005 FEB 16 P 2: 26

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
-------------------------------- DISTRICT OF CONNECTICUT --------------------------------

| PAUL FILLIPELLI, | Case Number: |
| Plaintiff, | 3:02cv1906 (PCD) |
| vs. | |
| THE TERRACE CLUB | |
| Defendant. | |

## APPEARANCE

To the Clerk of this Court and all counsel of record:

Please enter my appearance as counsel in this case for Defendant, The Terrace Club.

Dated:      February 14, 2005

_____
Christopher B. Weldon (ct14128)
Lustig & Brown, LLP
1177 Summer Street
Stamford, CT 06905
Telephone: (203) 977-7840
Fax No.: (203) 977-8649

## CERTIFICATE OF SERVICE

    Pursuant to D.Conn.L.Civ.R.7(e), this is to certify that a copy of the foregoing was mailed on the above date to the following:

Kevin J. Lennon, Esq.
Tisdale & Lennon, LLC
10 Spruce Street
Southport, CT 06890
Tele. No.: (203) 254-8474
Fax No.: (203) 254-1641

Mark Rubeo, Esq.
Marcus, Ollman & Kommer
72 East Main Street
New Rochelle, NY 10801
Tele. No. (914) 633-7400
Fax No. (914) 633-7445

_____
Christopher B. Weldon, Esq.