UNITED STATES DISTRICT COURT
------------------------------DISTRICT OF CONNECTICUT------------------------------

| | |
|---|---|
| PAUL FILLIPELLI,<br><br>                              Plaintiff,<br>vs.<br><br>THE TERRACE CLUB<br><br>                              Defendant. | CIVIL ACTION<br>NO. 3:02CV1906 (PCD) |

## NOTICE OF OFFER OF JUDGMENT

Pursuant to Federal Rule 68, the defendant, The Terrace Club, through counsel, hereby provides notice that is has submitted an Offer of Judgement to Plaintiff for settlement of all claims prior to the commencement of a trial in the above-captioned action. A copy of the foregoing Offer is annexed hereto and filed herewith in a sealed envelope identifying the within action and date of Offer as is required pursuant to the Federal Rules of Practice. See **Exhibit A**. The original Offer has been served on Plaintiff's Attorney contemporaneously with this motion.

Respectfully submitted,

The Defendant, THE TERRACE CLUB

By: _____
Lori A. Eaton, Esq.(CT 22414)
Darren P. Renner, Esq. (CT 15901)
Christopher B. Weldon, Esq. (CT14128)
Lustig & Brown, LLP
1177 Summer Street
Stamford, CT 06905
Tele: 203/977-7840

Dated February 25, 2005
At Stamford, Connecticut

To:   John S. Kommer, Esq.
      Federal Bar # JK8570
      Marcus, Ollman & Kommer
      72 East Main Street
      New Rochelle, NY  10801
      Tele:  914/633-7400