# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### APPEARANCE

PAUL FILIPPELLI,

        Plaintiff

CASE NUMBER: 3:02 CV 1906 (PCD)

vs.

THE TERRACE CLUB

        Defendant

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

    PAUL FILIPPELLI,

        Plainitff

*FILED 2005 FEB 25 P 1:47 U.S. DISTRICT COURT NEW HAVEN, CT*

February 16, 2005
**Date**

/s/ Robert C. Ollman
**Signature**

ct24555
**Connecticut Federal Bar Number**

Robert C. Ollman, Esq.
**Print Clearly or Type Name**

(914) 633-7400
**Telephone Number**

72 East Main Street
**Address**

(914) 633-3455
**Fax Number**

New Rochelle, NY 10801

rollman@moklaw.com
**E-mail address**

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Lori A. Eaton, Esq.
Lustig & Brown, LLP
Attorney for Defendant
1177 Summer Street
Stamford, Connecticut 06905

PILAR WYNN ATTERBERRY
NOTARY PUBLIC - STATE OF NEW YORK
No. 01WY6106923
Qualified in West County
My Commission Expires 4/19/2008

/s/ Pilar Wynn Atterberry
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001