UNITED STATES DISTRICT COURT
----------------------------------DISTRICT OF CONNECTICUT----------------------------------

| | |
|---|---|
| PAUL FILIPELLI,<br><br>                               Plaintiff,<br>vs.<br><br>THE TERRACE CLUB<br><br>                              Defendant. | CIVIL ACTION<br>NO. 3:02CV1906 (PCD)<br><br>NOTICE OF SERVICE<br>SECTION B TRIAL<br>PREPARATION ORDERS |

      The defendant, The Terrace Club hereby provides notice that it has served upon the plaintiff SECTION B of the Trial Preparation Order in compliance with the Honorable Peter C. Dorsey's standing orders regarding trial preparation in civil cases.

Dated: March 4, 2005
      Stamford, CT

                                                  Respectfully submitted,

                                                  The Defendant,
                                                  THE TERRACE CLUB

                                                  By: _____
                                                  Christopher B. Weldon, Esq.(CT 14128)
                                                  Darren P. Renner, Esq. (CT 15901)
                                                  Lori A. Eaton, Esq.(CT 22414)
                                                  Lustig & Brown, LLP
                                                  1150 Summer Street
                                                  Stamford, CT 06905
                                                  Tele: 203/977-7840

## CERTIFICATE OF SERVICE

    Pursuant to D.Conn.L.Civ.R.7(e), this is to certify that a copy of the foregoing was mailed on the above date to the following:

John Kommer, Esq.
Marcus, Ollman & Kommer
72 East Main Street
New Rochelle, NY 10801
Tele. No. (914) 633-7400
Fax No. (914) 633-7445

                                            Lori A. Eaton, Esq.