UNITED STATES DISTRICT COURT
----------------------------------DISTRICT OF CONNECTICUT--------------------------------

| | |
|---|---|
| PAUL FILIPELLI,<br><br>                           Plaintiff,<br>vs.<br><br>THE TERRACE CLUB<br><br>                           Defendant. | CIVIL ACTION<br>NO. 3:02CV1906 (PCD)<br><br>NOTICE OF FILING<br>SECTION C TRIAL<br>PREPARATION ORDERS |

  The defendant, The Terrace Club hereby provides notice that it has fully complied with filing SECTION C of the Trial Preparation Orders as set forth by the Honorable Peter E. Dorsey, the original of which is attached hereto and filed herewith.

Dated: March 4, 2005
  Stamford, CT

                Respectfully submitted,

                The Defendant,
                THE TERRACE CLUB

                By: _____
                Christopher B. Weldon, Esq. (CT 14128)
                Darren P. Renner, Esq. (CT 15901)
                Lori A. Eaton, Esq.(CT 22414)
                Lustig & Brown, LLP
                1177 Summer Street
                Stamford, CT  06905
                Tele:  203/977-7840

## CERTIFICATE OF SERVICE

Pursuant to D.Conn.L.Civ.R.7(e), this is to certify that a copy of the foregoing was mailed on the above date to the following:

John Kommer, Esq.
Marcus, Ollman & Kommer
72 East Main Street
New Rochelle, NY 10801
Tele. No. (914) 633-7400
Fax No. (914) 633-7445

_____
Lori A. Eaton, Esq.