UNITED STATES DISTRICT COURT
----------------------------------DISTRICT OF CONNECTICUT----------------------------------

FILED
2005 MAR -7 P 2: 44
U.S. DISTRICT COURT
NEW HAVEN, CT

|  |  |
|---|---|
| PAUL FILIPPELLI, | : CIVIL ACTION |
|  | : NO. 3:02 1906 (PCD) |
| Plaintiff, | : |
|  | : NOTICE OF SERVICE |
| -against- | : SECTION A AND SECTION C |
|  | : TRIAL PREPARATION ORDER |
| THE TERRACE CLUB, | : |
|  | : |
| Defendant, | : |

The Plaintiff, PAUL FILIPPELLI hereby provides notice that it has served upon the Plaintiff SECTION A of the Trial Preparation Order in compliance with the Hon. Peter C. Dorsey's standing orders regarding trial preparation in civil cases and SECTION C of the Trial Preparation Order as set forth by the Hon. Peter C. Dorsey, the original of which is attached hereto and filed herewith.

Dated: New Rochelle, New York
       March 4, 2005

Respectfully submitted,

Plaintiff, PAUL FILIPPELLI,

By: _____
JOHN S. KOMMER, ESQ.
Federal Bar# CT 24553
Marcus, Ollman & Kommer
72 East Main Street
New Rochelle, New York 10801
914-633-7400
914-633-7445 (fax)

## **CERTIFICATE OF SERVICE**

Pursuant to D. Conn.L.Civ.R.7(e), this is to certify that a copy of the foregoing was mailed on the above date to the following:

Lori A. Eaton, Esq.
Lustig & Brown, LLP
Attorneys for Defendant
1177 Summer Street
Stamford, Connecticut 06905

John S. Kommer, Esq.

2

UNITED STATE DISTRICT COURT
------------------------DISTRICT COURT OF CONNECTICUT------------------------

| | |
|---|---|
| PAUL FILIPPELLI : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | No. 3:02CV1906(PCD) |
| vs. : | |
| : | SECTION C |
| THE TERRACE CLUB : | TRIAL PREPARATION ORDER |
| : | |
| Defendant. : | |

The Plaintiff, PAUL FILIPPELLI, respectfully submits the foregoing compliance with SECTION C in accordance with the standing orders of the Honorable Peter C. Dorsey with respect to the standing orders set forth in the Trial Preparation Order.

1. Robert C. Ollman, Esq., Marcus, Ollman & Kommer, 72 East Main Street, New Rochelle, New York 10801; Telephone 914-633-7400

Lori A. Eaton, Esq., Lustig & Brown, LLP, 1177 Summer Street, Stamford, CT 06905, Telephone: 203-977-7840.

2. This action has been assigned for jury selection on March 16, 2005.

3. The Plaintiff's case-in-chief will take approximately 4 days of testimony and the Defendants rebuttal shall take an estimated time of 4 days for a total of approximately 8 days to conclude the trial in this matter.

4. The parties have not stipulated to the case being tried before a United States Magistrate Judge.

5. A hearing on Motions in Limine to be determined pursuant to issues in dispute as set forth in submission of Trial Preparation Orders with respect to evidence, claims of fact and witnesses.

6. The parties have participated in ongoing settlement negotiations. A final court-assisted settlement conference may be beneficial in resolving the matter.

Dated: March 4, 2005
     New Rochelle, New York

          Respectfully Submitted,

          The Plaintiff,
          PAUL FILIPPELLI

          By: _____
          John S. Kommer, Esq. (24553 CT)
          Robert C. Ollman, Esq.(24555CT)
          Marcus, Ollman & Kommer
          72 East Main Street
          New Rochelle, NY 10801
          Tele: 914-633-7400

## CERTIFICATE OF SERVICE

Pursuant to D. Conn. L. Civ. R. 7c, this is to certify that a copy of the foregoing was mailed on the above date tot he following:

Lori Eaton, Esq.
Lustig & Brown, LLP
1177 Summer Street
Stamford, CT 06905
Tele. No.: 203-977-7840

John S. Kommer, Esq.