UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Jury Trial Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Courtroom #1

March 28, 2005

10:00 A.M.

<u>CASE NO.   3-02-cv-1906 (PCD) Paul Fillipelli v. Terrace Club</u>

JURY TRIAL COMMENCES

COUNSEL OF RECORD:

| | |
|---|---|
| Robert Charles Ollman, Esq. | Marcus. Ollman & Kommer, 72 East Main St., |
| Mark A. Rubeo, Jr., Esq. | New Rochelle, NY 10801 |
| | 914-633-7400 |
| | |
| Kevin J. Lennon, Esq. | Tisdale & Lennon, 10 Spruce St., |
| | Southport, CT 06490     203-254-8474 |
| | |
| Darren P. Renner, Esq. | Lustig & Brown, 1150 Summer St., |
| Christopher B. Weldon, Esq. | Stamford, CT 06905 |
| Lori A. Eaton, Esq. | 203-977-7840 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK