UNITED STATES DISTRICT COURT
-------------------------------DISTRICT OF CONNECTICUT-------------------------------

| | |
|---|---|
| PAUL FILIPPELLI,<br><br>         **Plaintiff,**<br><br>vs.<br><br>THE TERRACE CLUB<br><br>         **Defendant.** | CIVIL ACTION<br>NO. 3:02CV1906 (PCD)<br><br>SECTION C<br>TRIAL PREPARATION ORDER |

   The defendant, The Terrace Club hereby submits the following proposed voir dire questions to be submitted to the jury panel, pursuant to Section C of the Honorable Peter C. Dorsey's Standing Order for Trial Preparation.

## PROPOSED VOIR DIRE QUESTIONS

1. Do you know or have you ever been represented by any of the lawyers involved in this case:

  a. Lustig & Brown of Stamford, CT (Christopher Weldon, Lori Eaton, Darren Renner)

  b. Marcus, Ollman & Kommer, New Rochelle, NY (John Kommer, Robert Ollman)

2. Have you ever worked in a bar, tavern or nightclub?

  a. What was your job?

  b. Did you leave that job with any negative feelings about bars, taverns or nightclubs?

3. Have you or anyone close to you ever had a bad experience in a bar, tavern or nightclub?

  a. Have you or anyone close to you ever been in a fight at a bar, tavern or nightclub?

    b.    How did the employees of the bar, tavern or nightclub respond to the fight?

    c.    Did you feel at that time and now that the employees of the bar, tavern or nightclub acted professionally in their handling of the fight?

    d.    If no, why not? Did that experience leave you with any negative feelings toward bars, taverns or nightclubs.

4.    Have you or anyone close to you ever been to the Terrace Club in Stamford, Connecticut?

    a.    If yes, how many times?

    b.    Have or anyone close to you ever had any bad experiences during any of these visits?

        i.    If yes, did any of those experiences leave you with any negative feelings toward The Terrace Club?

5.    Have you ever been on a jury before?

    a.    How many times?

    b.    Where?

    c.    Was it a civil or criminal case?

    d.    Were you a foreperson?

    e.    Did you come to verdict?

6.    Have you been a party to any lawsuits?

    a.    What kind of suit?

        i.    Was it a personal injury lawsuit?

    b.    What was your experience like?

    c.    Were you a plaintiff or defendant?

    d.    How did you feel about the court system when it was over?

  e. Did you learn anything in that case that you might use in making decisions in this case?

7. Do you know or have you ever undergone any medical treatment with the following:

  a. New Rochelle Physical Therapy

  b. Dr. John Vlattas, Bronx, NY

  c. Sound Shore Medical Center, New Rochelle, NY

  d. Klein Physical Therapy, New Rochelle, NY

  e. Dr. Michael Palmeri of New Rochelle, NY

  f. Dr. Avi Weiner of Stamford, CT

8. Have you or anyone close to you ever suffered an injury to your ankle which required some sort of hospitalization?

  a. If yes, what kind of treatment did you receive? Was it helpful? Did you follow the advice or recommendations of the medical personnel who treated you?

9. Do you or anyone close to you have any experience, knowledge, or training in the law?

10. Have you anyone close to ever worked for anyone related to the practice of law?

11. In a trial, the attorneys sometimes object to certain things that are introduced by the other side. Would you hold it against either of the attorneys if they stood up and objected in this manner? Could you disregard something that the judge told you to disregard?

12. In this trial, there will be expert witnesses that will come in to testify about the plaintiff's injuries and his ability to work.

  a. Would you have any opinion of a witness hired by one of the sides to testify in this case?

  b. Do you believe that a witness that is hired by a particular side can be objective, credible and give honest testimony according to their expert opinion?

     c.    Do you believe that the testimony of an expert witness should be given more weight than the testimony of an ordinary witness?

13.    Do you know any of the following individuals who may be called as witnesses in this case:

    a.    Paul Filippelli

    b.    Christopher Donahue

    c.    Nelson Solis

    d.    Clifford Hawthorne

    e.    Officer Davis of the Stamford Police Department

    f.    Donna Coppa

    g.    Stephen Moriello

    h.    Brian Bracey

    i.    James Pascuiti of Springfield, NJ

    j.    David Johnston of Palmyra, NJ

    k.    Al Palumbo, of Ove-Arup & Partners Consulting Engineers in New York City

    l.    Jerome M. Staller of Philadelphia, PA

    m.    Richard Schuster

    n.    Joel Evans

14.    Have you or anyone close to you been employed by any of the following companies:

    a.    Advanced Waste Systems, Garrison, NY

    b.    Enterprise Electric, Inc. - Brewster, NY - Hopewell Junction, NY

    c.    ECNY Electric, Inc. - New Rochelle, NY

    d.    Foremost Electric - Ossining, NY

    e.    J.A. Vollmer Electric Bronxville, NY

    f.    Seymour Vogel Electric or Mase Electric, Inc. - Yonkers, NY

    g.    Suburban Carting Corp. - Mamaroneck, NY

15. Do you have any opinions, beliefs, attitudes, values, or experiences that might affect your ability to sit and hear the evidence in a fair and objective manner?

16. How has your general health been?

    a.    Is there any physical or emotional reason that would prevent you from being able to fully concentrate on this case?

17. Are you currently on any medication?

    a.    Might that medication affect your ability to sit and concentrate on this case?

18. Is there any matter not covered by these questions that should be brought to the attention of the court? If yes, please explain.

Dated: March 14, 2005
Stamford, CT

                                          Respectfully submitted,

                                          The Defendant,
                                          THE TERRACE CLUB

                                          By: _____
                                          Christopher B. Weldon, Esq.(CT14128)
                                          Darren P. Renner, Esq. (CT 15901)
                                          Lori A. Eaton, Esq.(CT 22414)
                                          Lustig & Brown, LLP
                                          1177 Summer Street
                                          Stamford, CT  06905
                                          Tele:  203/977-7840

## CERTIFICATE OF SERVICE

      Pursuant to D.Conn.L.Civ.R.5, this is to certify that a copy of the foregoing was mailed on the above date to the following:

John Kommer, Esq.
Marcus, Ollman & Kommer
72 East Main Street
New Rochelle, NY 10801
Tele. No. (914) 633-7400
Fax No. (914) 633-7445

                                                Darren P. Renner, Esq.