UNITED STATES DISTRICT COURT
------------------------------------DISTRICT OF CONNECTICUT------------------------------------

| | |
|---|---|
| PAUL FILIPPELLI,<br><br>        Plaintiff,<br>vs.<br><br>THE TERRACE CLUB<br><br>        Defendant. | CIVIL ACTION<br>NO. 3:02CV1906 (PCD)<br><br>SECTION C<br>TRIAL PREPARATION ORDER<br>INTRODUCTORY STATEMENT |

  The defendant, The Terrace Club hereby submits the following proposed written statement to serve as an aid to the Court in its introduction of the case to the jury, pursuant to Section C of the Honorable Peter C. Dorsey's Standing Order for Trial Preparation. By submitting this statement, the defendant does not waive its right to present an opening statement to the jury in accordance with D.Conn.L.Civ.R. 83.4.

### INTRODUCTORY STATEMENT FOR THE JURY

  On December 16, 2000 at approximately 1:00 am, the plaintiff, Paul Filippelli, was a patron at The Terrace Club, a nightclub in Stamford, Connecticut along with his several of his friends. Mr. Filippelli claims that, while located near one of the bars in the club, he was injured due to a disturbance among other customers of the club. He claims to have suffered an injury to his right ankle. Mr. Filippelli blames the Terrace Club for his injury, claiming that they failed to provide reasonable security to protect customers such as himself.

  The facts surrounding how Mr. Filippelli got injured are disputed between the parties, and it will be up to you, the jury, to determine the credibility of the witnesses and which version of the events you believe. The Terrace Club, through its owners and staff, will testify to a version of events

different than what the plaintiff and his witnesses will tell you. The Terrace Club claims that not only did they employ reasonable measures to protect its customers, including Mr. Filippelli, but that Mr. Filippelli was inattentive and failed to watch out for his own safety that night.

In addition to disputing liability, the defendant also will dispute the damages claimed by the plaintiff. While the Terrace Club does not dispute the plaintiff sustained an injury on December 16, 2000, the Terrace Club does dispute the extent of Mr. Filippelli's damages and the extent to which those damages are claimed to have arisen from the acts or omissions of the Terrace Club.

Dated: March 14, 2005
       Stamford, CT

                         Respectfully submitted,

                         The Defendant,
                         THE TERRACE CLUB

                         By: _____
                            Christopher B. Weldon, Esq.(CT14128)
                            Darren P. Renner, Esq. (CT 15901)
                            Lori A. Eaton, Esq.(CT 22414)
                            Lustig & Brown, LLP
                            1177 Summer Street
                            Stamford, CT  06905
                            Tele:  203/977-7840

## CERTIFICATE OF SERVICE

      Pursuant to D.Conn.L.Civ.R.5, this is to certify that a copy of the foregoing was mailed on the above date to the following:

John Kommer, Esq.
Marcus, Ollman & Kommer
72 East Main Street
New Rochelle, NY 10801
Tele. No. (914) 633-7400
Fax No. (914) 633-7445

                                        Darren P. Renner, Esq.