UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| PAUL FILIPPELLI, | 2005 MAR 16 P 2: 24 |
| Plaintiff, | U.S. DISTRICT COURT |
| -against- | NEW HAVEN, CT |
| | CIVIL ACTION |
| THE TERRACE CLUB, | NO. 3:02 CV1906 (PCD) |
| Defendant, | |

A list of proposed voir dire questions to be submitted to the jury panel on behalf of the Plaintiff, PAUL FILIPPELLI.

1. Are you any member of your immediate family acquainted with THE TERRACE CLUB located at 1938 West Main Street, Stanford, Connecticut? If so, what is the full extent in nature of that association?

2. Are you personally acquainted with or is any immediate family member acquainted with anyone who is employed at THE TERRACE CLUB? If so, what is the extent and nature of the acquaintance?

3. Are you personally acquainted with or to your knowledge is any member of your immediate family personally acquainted with or related in any way to any of the following persons who may testify in this case?

    a) Paul Filippelli
    b) Steven Mauriello
    c) Christopher Donohue
    d) Cliff Hawthorne
    e) Donatella Coppa
    f) Nelson Solis
    g) Police Officer Davis, Stamford Police
    h) Michael Filippelli
    i) Dawn Onorino
    j) Marie Filippelli

    If so what is the extent in nature of the acquaintance and/or relationship?

4. Are you or to your knowledge is any member of your immediate family personally acquainted with or related in any way to any of the attorneys for the Plaintiff or the Defendant or any members of their law firms or any lawyers associated with the firm? If so, what is the extent in nature of the relationship?

5. Have you or any member of your immediate family ever been a client of any of the lawyers in the law firm representing either the Plaintiff or the Defendant?

6. Is there anything in your background, readings or beliefs that would prevent you from awarding substantial damages to the Plaintiff Paul Filippelli against the Defendant if you find from the evidence and the law in this case that he is entitled to recover such damages?

7. Is there anything in your background readings or beliefs that would prohibit you from making a substantial award of damages in this case for pain and suffering, mental anguish and loss of enjoyment of life and loss of income if under the law and the evidence the Plaintiff proves he is entitled to such damages?

8. Have you or any member of your immediate family ever been Plaintiff or Defendant in a lawsuit? If yes, what kind of lawsuit? And was it resolved to your satisfaction?

9. Are you or any member of your immediate family an employee or shareholder or in any manner interested in any insurance company issuing policies for protection against liability for damages for injuries to persons or property? If so, what is the nature of your relationship?

10. Have you or any member of your immediate family or friends been seriously injured in an accident? If so, what were the types of injuries?

11. Are you or any member of your family involved in the medical or healthcare service? If so, what is the nature of your involvement?

12. Are you or any member of you immediate family or friends the owner of any club, bar or tavern which serves alcoholic beverages and/or provides entertainment? If so, what is the nature of you involvement? Or that of your relative or friend?

13. Do you have any problem of awarding a substantial monetary verdict to the Plaintiff that fairly justly and reasonably compensates him for his injuries and losses if supported by the evidence?

14. Is there any reason from having heard about the nature of this case or you could not be a fair and impartial juror?

17. Are you or any member of your immediate family involved in law enforcement? If so, what is the nature of your involvement?

Dated: New Rochelle, New York
March 15, 2005

        Respectfully submitted,

        MARCUS, OLLMAN & KOMMER

        Robert Charles Ollman, Esq.
        CT. Bar# CT 24555
        Attorneys for Plaintiff
        72 East Main Street
        New Rochelle, New York 10801
        (914) 633-7400
        rollman@MOKLaw.com

## CERTIFICATE OF SERVICE

Pursuant to D. Conn.L.Civ.R.7(e), this is to certify that a copy of the foregoing was mailed on the above date to the following:

Darren Renner, Esq.
Lustig & Brown, LLP
Attorneys for Defendant
1177 Summer Street
Stamford, Connecticut 06905

_____
ROBERT C. OLLMAN, ESQ.