UNITED STATES DISTRICT COURT
------------------------DISTRICT COURT OF CONNECTICUT------------------------

| | |
|---|---|
| PAUL FILIPPELLI, : | CIVIL ACTION |
| : | NO. 3:02 1906 (PCD) |
| Plaintiff, : | |
| : | |
| -against- : | SUPPLEMENTAL |
| : | TRIAL PREPARATION |
| THE TERRACE CLUB, : | ORDER COMPLIANCE |
| : | |
| Defendant, : | |

The Plaintiff, PAUL FILIPPELLI, in compliance with the Supplemental Trial Preparation Order of the Court, states as follows:

**SECTION A:**

4.  Plaintiff's Exhibits:

    61. New Rochelle Radiology x-rays, films and report dated December 21, 2000.

    62. New Rochelle Radiology x-rays, films and report dated February 6, 2000.

    63. New Rochelle Radiology x-rays, films and report dated September 24, 2003.

5.  **Plaintiff's Witness List:**

    13. Cliff Hawthorne: The witness is expected to testify if called about the events of December 15, 2000 to December 16, 2000, the physical layout of the Terrace Club, security procedures and training of security personnel.

    14. Nelson Solis: The witness is expected to testify if called about the events of December 15, 2000 to December 16, 2000, the physical layout of the Terrace Club, security procedures and training of security personnel

7.  **Federal Jurisdication:** Jurisdiction exists pursuant to 28 USC Section 1332 in that the parties are citizens of different states and the matter in controversy exceeds $75,000.00.

8. **Cause of Action**: The Plaintiff seeks damages in the amount of $1,000,000.00 due to the Defendant's negligence.

9. **Voir Dire**: Submitted separately

10. **Jury Charge**: Submitted separately

Dated: New Rochelle, New York
      March 15, 2005

Respectfully Submitted,

JOHN S. KOMMER, ESQ. (24553 CT)
ROBERT C. OLLMAN, ESQ. (24555CT)
Marcus, Ollman & Kommer
*Attorneys for Plaintiff*
72 East Main Street
New Rochelle, New York 10801
(914)633-7400

## CERTIFICATE OF SERVICE

Pursuant to D. Conn.L.Civ.R.7(e), this is to certify that a copy of the foregoing was mailed on the above date to the following:

Lori A. Eaton, Esq.
Lustig & Brown, LLP
Attorneys for Defendant
1177 Summer Street
Stamford, Connecticut 06905

John S. Kommer, Esq.

2