UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT NEW HAVEN

March 22, 2005
Kevin F. Rowe, Clerk
By P. A. Villano
Deputy Clerk

| | |
|---|---|
| PAUL FILLIPELLI, | : |
| Plaintiff, | : |
| -vs- | : CIVIL NO. 3:02CV1906 (PCD) |
| TERRACE CLUB, | : |
| Defendant. | : |

STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated at New Haven, Connecticut, this 22nd day of March, 2005.

Robert Charles Ollman, Esq.
John Kommer, Esq.
Attorneys for Plaintiff

Christopher B. Weldon, Esq.
Attorney for Defendant