UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

*United States District Court*
*District of Connecticut*
*FILED AT NEW HAVEN*

March 22, 2005
Kevin F. Rowe, Clerk
By: P. A. Villano
Deputy Clerk

| | | |
|---|---|---|
| PAUL FILLIPELLI, | : | |
| Plaintiff, | : | |
| -vs- | : | CIVIL NO. 3:02CV1906 (PCD) |
| TERRACE CLUB, | : | |
| Defendant. | : | |

STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated at New Haven, Connecticut, this 22nd day of March, 2005.

_____
Robert Charles Ollman, Esq.
John Kommer, Esq.
Attorneys for Plaintiff

_____
Christopher B. Weldon, Esq.
Attorney for Defendant

## **ORDER**

The case, having been reported settled and the parties having stipulated to its dismissal, the case is dismissed with prejudice, reserving to each party the right to reopen the case for the purpose of enforcing the settlement provided a request to reopen is filed not later than thirty (30) days from the date of this Order. The court will retain jurisdiction for the purpose of any such request.

SO ORDERED.

Dated at New Haven, Connecticut, this 22nd day of March, 2005.

Peter C. Dorsey, U.S. District Judge
United States District Court